Case: 2:25-cv-01379-DRC-CMV Doc #: 5 Filed: 11/25/25 Page: 1 of 4 PAGEID #: 490
Franklin County Ohio Clerk of Courts of the Common Pleas- 2025 Sep 25 2:07 PM-25CV008989

IN THE FRANKLIN COUNTY COURT OF COMMON PLEAS OF

OHIO

| | |
|---|---|
| **HANEEF MUHAMMAD,** | CASE NO. 25CV008989 |
| Plaintiff, | JUDGE SHERYL K. MUNSON |
| v. | |
| **GAP INC. ET AL.,** | **PLAINTIFF'S MOTION TO SEAL, JUDICIAL NOTICE OF DEFAMATORY AND PREJUDICIAL EVIDENCE, AND PRESERVATION OF RIGHTS UNDER DUE PROCESS AND ADA** |
| Defendants. | |

Now comes Plaintiff, pro se, and respectfully moves this Court to seal certain exhibits, and to take judicial notice of previously filed materials now central to this defamation case. Plaintiff also seeks to preserve federal and state constitutional rights, including rights under the Americans with Disabilities Act (ADA) and 42 U.S.C. § 1983, in anticipation of anticipated removal efforts or pre-answer motions by Defendants.

---

## I. Request for Sealing of Prejudicial and Private Materials

Plaintiff respectfully requests that the Court seal the following exhibits, previously submitted or to be submitted in connection with this matter:

- The full ISO Claim Search Report (Exhibit G), which contains false, private, and damaging information concerning Plaintiff and third parties.
- The Dr. Vogelstein IME Report, (Exhibit F) which explicitly relies on the disputed ISO data and labels Plaintiff as a "malingerer" and "poor historian," despite contradictory findings from four separate treating physicians.
- Any referenced or attached medical records not already redacted to protect private health information (PHI).

These records include personally identifiable information, false associations, and stigmatizing language that caused concrete harm and are already part of pending Daubert challenges in other matters. Sealing is warranted under Ohio Civ.R. 26(C), the Rules of Superintendence for the Courts of Ohio (Rule 45(E)), and the public interest in avoiding further reputational and procedural harm.

## II. Judicial Notice of Admitted Use of False Information

Pursuant to Ohio Evid. R. 201, Plaintiff respectfully requests judicial notice of the following facts:

1. The ISO Claim Search Report filed in the Industrial Commission and attached as Exhibit G contains a false entry not associated with Plaintiff, which was matched by phone number but contains a different name and no verified Social Security number.
2. That entry was not removed or corrected by ISO (Verisk), GAP Inc., or Dr. Vogelstein despite multiple court filings, motions, and oral objections made over the past six months.
3. The report was explicitly relied upon by Dr. Vogelstein in his Independent Medical Examination (IME) Exhibit F, which falsely concluded that Plaintiff showed "no evidence of shoulder injury" and exhibited signs of malingering claims directly contradicted by:
    - MRI results (showing torn rotator cuff) Exhibit A,
    - Dr. Moses's peer review Exhibit E,
    - Dr. Carver's orthopedic findings Exhibit B,
    - Dr. Fincham's surgical evaluation Exhibit C, and
    - Dr. Narvel's medical treatment notes Exhibit D.
4. The same false report was again cited in Defendants' Pretrial Statement in the state workers' compensation appeal nearly two years later, indicating ongoing reliance and publication of false, damaging, and defamatory information.
5. Plaintiff further states that the ISO Claim Search report was relied upon by Defendants **prior to his termination, immediately after Plaintiff sought workers' compensation**, and again **after termination**, during litigation and appeals. Defendants and their agents had **ongoing access and opportunity** to verify or correct the report but instead **continued to disseminate the false entry**:

- **Before termination**, GAP and its agents treated Plaintiff as high-risk, citing ISO-derived assumptions that had not been verified.

Case: 2:25-cv-01379-DRC-CMV Doc #: 5 Filed: 11/25/25 Page: 3 of 4 PAGEID #: 492
Franklin County Ohio Clerk of Courts of the Common Pleas- 2025 Jun 25 2:07 PM-25CV006989
0H541 - I32

- **After Plaintiff sought workers' compensation**, the report was cited during Industrial Commission proceedings to discredit his claim.
- **Post-termination**, the report appeared again in Defendants' pretrial filings, compounding its reputational and legal harm.

---

### III. Preservation of Rights and Pending Daubert Motions

Plaintiff reiterates that related Daubert motions and motions in limine challenging the validity of the ISO Claim Report and the Vogelstein IME have been filed and dismissed without ruling on the merits after a status conference in Case No. 23CV-005450. The dismissal of these evidentiary motions does not resolve the underlying validity or admissibility of the challenged materials, which remain live issues in this civil defamation action.

Plaintiff incorporates those filings by reference and asks this Court to preserve all arguments and objections for future ruling, including on:

- Exclusion of Vogelstein's report under *Daubert v. Merrell Dow*, 509 U.S. 579 (1993)
- Exclusion of the ISO Claim Search under Ohio Rule of Evidence 403 and 702
- Potential spoliation and misconduct under *Smith v. Howard Johnson*, 67 Ohio St.3d 28 (1993)

### IV. Supplemental Identification of False ISO Entry

- For the Court's ease of reference, Plaintiff attaches as **Exhibit G-1** the specific page from the ISO Claim Search Report (previously submitted as Exhibit G) that contains the **false and damaging entry**. This entry references a third party not associated with Plaintiff but was matched solely by phone number and appears to have been improperly linked to Plaintiff's insurance profile. The record lacks a verified Social Security number and bears a different name. Despite multiple objections and motions, Defendants and their agents continued to rely on this entry in multiple filings, including in workers' compensation and related proceedings.

---

### V. Conclusion and Relief Requested

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

1. Take judicial notice of the inclusion and repeated use of a false ISO entry, which has caused ongoing reputational harm.
2. Seal the ISO Claim Search and Vogelstein report in the new case record, along with any additional exhibits containing private or false material.
3. Preserve all evidentiary objections raised in this filing and prior filing for rulings in this new civil case.

Case: 2:25-cv-01379-DRC-CMV Doc #: 5 Filed: 11/25/25 Page: 4 of 4 PAGEID #: 493
Franklin County Ohio Clerk of Courts of the Common Pleas- 2025 Oct 25 2:07 PM-25CV008989
0H541 - I33

4. Protect Plaintiff's rights under the U.S. Constitution, ADA, and Ohio law pending any defense removal attempt or motion to dismiss.

Respectfully submitted,

/s/Haneef Muhammad, Pro Se
3040 Southfield Drive
Columbus, OH 43207
cmuhammad2@student.cscc.edu
(614) 893-5021

**PROOF OF SERVICE**

I hereby certify that a copy of the foregoing has been submitted to the Court's electronic system on October 24, 2025